IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE FELIX THORNTON,<br><br>    Petitioner,<br><br>    v.<br><br>DIANA K. BUTLER, Warden,<br><br>    Respondent.<br>_____/ | No. 2:03-cv-0755-MCE-DAD-P<br><br><br><br>RELATED CASE ORDER |
| KEVIN B. JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>JIM HAMLET, Warden, et al.,<br><br>    Respondents.<br>_____/ | No. 2:04-cv-0892-DFL-DAD-P |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a), E.D. Cal. (2005). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 83-123 merely has
2  the result that the actions are assigned to the same judge; no consolidation of the actions is
3  effected.  Under the regular practice of this court, related cases are generally assigned to the
4  judge and magistrate judge to whom the first filed action was assigned.
5  Therefore, IT IS ORDERED that the action denominated as <u>Kevin V. Johnson v. Jim
6  Hamlet</u>, 2:04-cv-0892-DFL-DAD-P is reassigned to Judge Morrison C. England for all further
7  proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown
8  as No. 2:04-cv-0892-MCE-DAD.
9  IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
10 the assignment of civil cases to compensate for this reassignment.

Dated:  March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE