**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Wade Thornton

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WADE THORNTON, | ) | No. CIV. S-03-755 MCE DAD P |
| | ) | |
| Petitioner | ) | NOTICE OF APPEARANCE; |
| | ) | REQUEST AND STIPULATION FOR |
| | ) | NEW STATUS CONFERENCE DATE |
| v. | ) | AND ORDER |
| | ) | |
| DIANA BUTLER, Warden | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's order of March 9, 2007, undersigned counsel has been requested to represent petitioner in the above reference matter and has agreed to do so.

1

--

By order of the same date this Court has scheduled a status conference for April 13, 2007, at 10:00 AM and a status report to be filed fourteen days prior.

The parties respectfully request and stipulate that the status conference be continued until May 11, 2007, or May 25, 2007 for the following reasons: Petitioner's counsel will be in trial on April 13, 2007 and the first available Friday thereafter will be May 11, 2007. I will be in the Ninth Circuit on April 19, 2007 and then out of the country until May 7, 2007 and unavailable on May 17, 2007 due to a previous scheduled activity. Thus, this request for scheduling the status conference on May 25, 2007 is probably more feasible.

I have discussed this request with respondent's counsel and she has graciously stated no objections and agrees to this stipulation.

Petitioner remains in the custody of the California Department of Corrections serving his term of sentence.

/////

/////

/////

/////

/////

--

For all of the above stated reasons, petitioner requests the status conference be rescheduled to May 25, 2007.

**IT IS SO STIPULATED**

DATED:   March 28, 2007          /S/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Petitioner


DATED:   March 28, 2007          /S/JUDY KAIDA
                                 Judy Kaida
                                 Attorney for Respondent

**ORDER**

**IT IS HEREBY ORDERED:**  That for the reasons stated above and pursuant to stipulation, the status conference in the above matter previously scheduled for April 13, 2007 is rescheduled for May 25, 2007 at 10:00 AM, and that fourteen days prior the parties will file and serve status reports which address the matters indicated in this Court's Order of March 9, 2007;

**IT IS FURTHER ORDERED:** That Michael B. Bigelow, Esq., shall be appointed to represent petitioner in the above entitled matter.

DATED: March 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:thor755.status

3