IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE FELIX THORNTON,

    Petitioner,                    No. CIV S-03-0755 MCD DAD P

    vs.

DIANA K. BUTLER, Warden,

    Respondent.                ORDER

_____/

        A further status conference came on regularly for hearing on September 21, 2007 at 10:00 a.m. in courtroom #27.  Michael B. Bigelow appeared for petitioner.  Judy Kaida appeared telephonically for respondent.  Upon hearing the arguments of counsel and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

        1. Petitioner shall file a motion for stay and abeyance by October 22, 2007.

        2. Respondent shall file an opposition to petitioner's motion by November 21, 2007.

/////

/////

/////

1

3. The parties shall specify in their briefs whether oral argument is necessary on the motion for stay and abeyance. If neither party requests oral argument, the motion will stand submitted for decision on the papers filed.

DATED: September 21, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8:thornton755.oafh