1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  WADE FELIX THORNTON,                No. 2:03-cv-00755-MCE-DAD P

12            Petitioner,

13        vs.                          ORDER

14  DIANA K. BUTLER, Warden,

15            Respondent.

16  _____/

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On December 17, 2007, the magistrate judge filed findings and recommendations herein

21  which were served on all parties and which contained notice to all parties that any objections to

22  the findings and recommendations were to be filed within twenty days.  Neither party has filed

23  objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26  ORDERED that:

1

1    1.  The findings and recommendations filed December 17, 2007, are adopted in full;

2    2.  Petitioner's March 9, 2007, motion for stay and abeyance is denied;

3    3.  Petitioner's October 22, 2007, motion for stay and abeyance is granted;

4    4.  Petitioner is ordered to present his unexhausted claim to the California Supreme Court

5    in a further state habeas corpus petition to be filed within thirty days from the date of this order;

6    5.  This action is stayed and the Clerk of the Court is directed to administratively close

7    this case;

8    6.  Petitioner is ordered to file and serve a status report in this case on the first court day

9    of each month; and

10    7.  Petitioner is ordered to file and serve a motion to lift the stay of this action, along with

11    a proposed amended petition containing only exhausted claims, within thirty days after petitioner

12    is served with the California Supreme Court's order disposing of the state exhaustion petition.

13    Dated:  February 5, 2008

14

15    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26