IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE FELIX THORNTON,

    Petitioner,                   No. CIV S-03-0755 MCE DAD P

    vs.

DIANA K. BUTLER, Warden,

    Respondent.              ORDER

/

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 18, 2008, petitioner filed a document asking this court to enjoin the respondent from transferring him to an out-of-state prison. Petitioner is advised that, because he is represented by counsel in this matter, the court will not entertain requests filed by him in pro per. Accordingly, the April 18, 2008 filing will be disregarded. Good cause appearing, IT IS HEREBY ORDERED that petitioner's April 18, 2008 motion to "bar out-of-state placement" has been disregarded.

DATED: April 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:thornton755.o