IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE FELIX THORNTON,

    Petitioner,                    No. CIV S-03-0755 MCE DAD P

    vs.

DIANE BUTLER, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner, proceeding through counsel, has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 8, 2008 motion for an extension of time (Doc. No. 49) is granted; and

        2. Petitioner's traverse shall be filed on or before November 26, 2008.

DATED: October 9, 2008.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
thor0755.111t