IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE FELIX THORNTON,

    Petitioner,               No. CIV S-03-0755 MCE DAD P

    vs.

DIANA K. BUTLER, Warden,

    Respondent.           <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 9, 2008, petitioner, through his habeas counsel, filed an amended petition for a writ of habeas corpus. On September 30, 2008, petitioner himself filed a request to file a supplemental pleading on his own behalf. He also filed a proposed amended habeas petition containing several claims which are not contained in the amended petition filed by counsel on August 9, 2008. Petitioner has previously been advised by this court that because he is represented by counsel in this matter, the court will not entertain requests filed by petitioner in pro per. Accordingly, petitioner's September 30, 2008 request and amended habeas corpus petition will be disregarded.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's September 30, 2008
2  request to file a supplemental pleading has been disregarded.
3  DATED: October 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
thornton755.supp