IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE FELIX THORNTON,

    Petitioner,                        No. CIV S-03-0755 MCE DAD P

    vs.

DIANA K. BUTLER, Warden,

    Respondent.                    ORDER

/

         Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 29, 2008, petitioner, proceeding in pro per, filed a document entitled "emergency petition for writ of prohibition," in which he requests that this court issue an order preventing prison authorities from transferring him to an out-of-state prison. Good cause appearing, the Clerk of Court will be directed to serve the "emergency petition" on Michael Bigelow, petitioner's attorney of record, so that he can take whatever action he deems appropriate.

/////

/////

////

////

1

1       Good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court serve the October 29, 2008 "emergency petition" on Michael Bigelow, petitioner's attorney of record.

3 DATED: November 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
thornton755.ep