IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE FELIX THORNTON,

    Petitioner,                    No. CIV S-03-0755 MCE DAD P

    vs.

DIANA K. BUTLER, Warden,

    Respondent.              <u>ORDER</u>

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 17, 2008, petitioner filed a request for an order prohibiting the California Department of Corrections from transferring him to an out-of-state prison. Good cause appearing, respondent will be directed to respond to this request within seven days.

        Good cause appearing, IT IS HEREBY ORDERED that respondent file a response to petitioner's November 17, 2008 motion for a court order within seven days from the date of this order.

DATED: November 24, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:thornton755.2o