**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
e-mail: vshjah@aol.com

Attorney for Petitioner
**KEVIN B. JOHNSON**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WADE FELIX THORNTON**, Petitioner, v. **DIANA K. BUTLER**, Respondent. | No. CIV S-03-0755 MCE DAD P <br><br> **ORDER** |
| **KEVIN B. JOHNSON**, Petitioner, v. **JIM HAMLET**, Warden, et al., Respondent. | No. CIV S-04-0892 MCE DAD P |

Based upon the stipulation of the parties, it is ORDERED that the evidentiary hearing scheduled for May 4, 2009, is vacated. A status conference will be held instead on May 4, 2009, at 9:00 a.m. in Courtroom No. 27.

DATED: April 16, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:thorntonjohnson.vac