IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN B. JOHNSON,

    Petitioner,                  No. CIV S-04-0892 MCE DAD P

    vs.

JIM HAMLET, Warden, et al.,

    Respondents.
_____/

WADE THORNTON,

    Petitioner,                  No. CIV S-03-0755 MCE DAD P

    vs.

DIANA BUTLER, Warden,

    Respondent.              <u>ORDER</u>
_____/

        This matter came on for a status conference on May 4, 2009. Michael Bigelow appeared for petitioner Wade Thornton. Victor Haltom appeared for petitioner Kevin B. Johnson. Michael Farrell, David Eldridge, and Judy Kaida appeared for respondents. After hearing the arguments of counsel, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

1. The habeas petition filed by petitioner Kevin B. Johnson will be dismissed with prejudice pursuant to the request for dismissal filed on April 23, 2009;

2. Petitioner Wade Thornton may file a motion for leave to file an amended habeas petition no later than seven days from the date of this order; and

3. Respondents shall file a response to petitioner Thornton's motion for leave to file an amended habeas petition within seven days from the date of service of the motion if one is filed.

DATED: May 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
thorntonjohnson.oah